# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-11250

United States Court of Appeals
Fifth Circuit

**FILED**
September 3, 2015

Lyle W. Cayce
Clerk

MICHAEL L. MALONE,

Plaintiff - Appellee

v.

ADRIAN W. TIDWELL, F.W.P.D. Officer, K-9 Officer; OFFICER JUSTIN L. STROUD, F.W.P.D, West Field Operations; OFFICER JOHN T. DAVIS, F.W.P.D., West Field Operations; JAMES S. FIELDS, F.W.P.D., West Field Operations; OFFICER JASON L. GIPSON; NATHAN S. LEHMAN, ID# 3727,

Defendants - Appellants

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 4:09-CV-634

Before KING, DENNIS, and OWEN, Circuit Judges.

PER CURIAM:*

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.